IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

BENEFICIAL CORPORATION, et al.                                    PLAINTIFFS

VS.                                                CIVIL ACTION NO. 4:05cv6-TSL-JMR

WILLIE COTTON                                                      DEFENDANT

## ORDER

This action was previously stayed by agreed order pending a ruling from the Choctaw Appellate Court in the underlying case on the issue of arbitrability of Willie Cotton's claims in the underlying action. The court is now advised that the Choctaw Appellate Court has remanded this case to the Tribal Court.

IT IS, THEREFORE, ORDERED that this case is passed to the inactive files. Nothing contained in this minute entry order shall be considered a dismissal or disposition of this case and any party may notify the court that the case should be activated and initiate proceedings in the same manner as if this minute entry order had not been entered.

SO ORDERED, this the 18th day of May, 2006.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE